IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHELLE DUBREY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 11-4679 |
| | : | |
| SEPTA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of July 2013, upon consideration of Plaintiff's Amended Motion for Leave to File a Second Amended Complaint [Doc. No. 36], Defendant's response and Plaintiff's Reply, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED**:

1. The Court does not disturb the July 2, 2012 ruling on Counts One, Two, and Three;

2. Plaintiff is granted leave to amend the complaint to add the factual allegations and claims set forth in Counts Four and Five of the proposed Second Amended Complaint. Plaintiff may proceed against Defendants Cornely and Jordan only in their individual capacities.

The Second Amended Complaint and its attachment [Doc. No. 36, Attach. 1 and 2] are **DEEMED FILED**.

It is further **ORDERED** that Defendants shall file an answer to the Second Amended Complaint within twenty-one days of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.