IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE DUBREY,** : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 11-4679 |
| : | |
| **SEPTA, et al.,** : | |
| Defendants. : | |

# ORDER

**AND NOW,** this 16th day of September 2014, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 52], and the response and reply thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is granted in part and denied in part, as follows:

1. The Motion is **GRANTED** as to the retaliation claims against SEPTA set forth in Count III;

2. The Motion is **GRANTED** as to Plaintiff's hostile work environment claims against Defendants Cornely and Jordan, set forth in Count IV;

3. The Motion is **DENIED** as to all other claims.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE**