**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
**MICHELLE DUBREY,**            :
    **Plaintiff,**                :
        **v.**                           :     **CIVIL ACTION NO. 11-4679**
                                         :
**SEPTA, et al.,**               :
    **Defendants.**              :
_____:

## ORDER

    **AND NOW,** this 15th day of January 2016, upon consideration of Defendants' Second Motion for Partial Summary Judgment [Doc. No. 71], and the response and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

    This case and the companion case (Doc. No. 14-1370) will be set for trial by separate order.

    It is so **ORDERED**.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**

                                            _____
                                            **CYNTHIA M. RUFE, J.**